| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02CR34-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:05CR40032 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Shaun Edward Seifer 37 Wabash Avenue Worcester, MA 01604 | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Maurice M. Paul, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/22/2003 — TO 4/21/2005 |

**OFFENSE**

Knowingly Receiving and Distributing Child Pornography via Interstate Commerce Using a Computer, in violation of 18 U.S.C.§ 2252(a)(2) and 2252(b)(1), a Class "B" Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 7, 2005                                                        *[signed]* Maurice M. Paul
_____                                                   _____
Date                                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 13, 2005                                                     *[signed]* William G. Young
_____                                                   _____
Effective Date                                                    United States District Judge