| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02CR34-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 4:05CR40032 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Shaun Edward Seifer 37 Wabash Avenue Worcester, MA 01604 | DISTRICT Florida Northern | DIVISION Gainesville |
| | NAME OF SENTENCING JUDGE The Honorable Maurice M. Paul, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/22/2003 — TO 4/21/2005 |

OFFENSE

Knowingly Receiving and Distributing Child Pornography via Interstate Commerce Using a Computer, in violation of 18 U.S.C.§ 2252(a)(2) and 2252(b)(1), a Class "B" Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 7, 2005
*Date*

*Maurice M. Paul*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 13, 2005
*Effective Date*

*William G. Young*
*United States District Judge*

By: _____
Deputy Clerk

TOTAL P.02

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

SEALED
INDICTMENT

SHAUN EDWARD SEIFER

/

1:02cr 34 MMP

THE GRAND JURY CHARGES:

COUNT ONE

That between on or about November 12, 2001 and on or about June 25, 2002, in the Northern District of Florida and elsewhere, the defendant,

**SHAUN EDWARD SEIFER,**

did knowingly receive, distribute and reproduce for distribution visual depictions of minor children engaged in sexually explicit conduct, which visual depictions were produced using minors engaged in sexually explicit conduct and which visual depictions had been transported in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT TWO

That between on or about November 12, 2001 and on or about June 25, 2002, in the Northern District of Florida, the defendant,

**SHAUN EDWARD SEIFER,**

did knowingly transport and ship in interstate commerce by means of a computer, child pornography as described in Title 18, United States Code, Section 2256(8)(A), all in violation of Title 18, United States Code, Section 2252(a)(1).

### CRIMINAL FORFEITURE

The allegations contained in Count One and Count Two are hereby realleged and incorporated by reference as part of the forfeiture count. Because the defendant

### SHAUN EDWARD SEIFER

did knowingly commit an offense under Title 18, United States Code, Chapter 110, as described in Count One and Count Two, any and all interest which this defendant has in any property, real and personal, used and intended to be used to commit and promote the commission of said offense, to include computer equipment and accessories, are vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL:

_____
FOREPERSON

9/24/02
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
GREGORY P. McMAHON
Assistant United States Attorney

FLN J&C, 3/2000                                                                Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case # 1:02CR34-001

SHAUN EDWARD SEIFER

Defendant's Attorney:
Terry Silverman (Retained)
703 N. Main Street, Suite A
Gainesville, FL 32601

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Indictment on December 12, 2002. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 2252(a)(2) and 2252 (b)(1) | Knowingly Receiving and distributing Child pornography via Interstate Commerce Using a Computer | June 25, 2002 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

Count Two is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.    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
Defendant's Date of Birth:    12/28/77
Deft's U.S. Marshal No.:      20125-017

Defendant's Residence Address:
6 Country Lane
Medway, Massachusetts 02021
Defendant's Mailing Address:
Same as above

Date of Imposition of Sentence:
April 22, 2003

MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE

April 22, 2003

By:
Deputy Clerk

I LN J&C, 3/2000           Page 2

## PROBATION

The defendant is hereby placed on probation for a term of **5 years**.

## The defendant is ordered released from custody immediately. The O/R bond previously imposed and revoked is exonerated.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a firearm, ammunition, or destructive device. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. The defendant shall not leave the judicial district without the permission of the Court or probation officer;

2. The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least 10 days prior** to any change in residence or employment, unless otherwise directed by the probation officer;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

SHAUN EDWARD SEIFER    1 02CR34-001

FIN J&C . 3/2000                                                                                        Page 3

9.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

### ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

**The defendant shall not own or possess a firearm, dangerous weapon or destructive device.**

**The defendant shall participate in a community-based sex offender treatment program, which may include the use of polygraph examination, as directed by the probation officer. The defendant may be financially responsible for all or part of the costs of such evaluation or treatment.**

**Submission to the polygraph examination will have the following limitations:**

> **1) The results of the test are not admissible in Court.**
> **2) Failure to pass the test will not constitute a violation.**
> **3) The results of the test will be confidential and will only be disclosed to the probation office, treatment providers, the Assistant United States Attorney, the defendant and the defendant's attorney.**
> **4) The defendant does not abrogate his Fifth Amendment Right.**
> **5) The results of any investigation conducted by the probation office initiated as a result of the defendant's having failed an examination, are admissible.**

**The defendant will not be in the presence of minors, nor have any contact in any form, direct or indirect, including, but not limited to, personally, by computer, telephone, letter or through another person, with children under the age of sixteen, without the approval of the probation officer. Any contact must be reported immediately to the probation office.**

SHAUN EDWARD SEIFER    1 02CR34-001

FI N I&C , 3/2000                                                                                      Page 4

The defendant shall maintain employment approved by the probation officer.

The defendant shall not possess nor have under his control any sexual oriented material; nor shall he have any images of persons, either adult or minor, in a state of partial or full nudity. He shall provide to the probation officer access to any computer to which he may have access, to include his personal or home computer for the specific purpose identifying any images or material for which he is barred from possessing.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student as directed by the probation officer.

The probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

SHAUN EDWARD SEIFER     1 02CR34-001

I I N I&C. 3/2000

Page 5

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $100.00 | | |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$100.00** is imposed.

No fine imposed.
No restitution imposed.

SHAUN EDWARD SEIFER      1 02CR34-001

I I N J&C , 3/2000

Page 6

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties in full immediately

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

SHAUN EDWARD SEIFER    1 02CR34-001

# U.S. District Court
## Northern District of Florida - District Version 2.5 (Gainesville)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00034-MP-ALL
### Internal Use Only

Case title: USA v. SIEFER, et al

Date Filed: 09/24/2002

Assigned to: Judge MAURICE M PAUL

**Defendant**

**SHAWN EDWARD SIEFER** (1)
*TERMINATED: 04/29/2003*

represented by **TERRY NATHAN SILVERMAN**
TERRY SILVERMAN PA - GAINESVILLE FL
500 E UNIVERSITY AVE - STE D
GAINESVILLE, FL 32601
352-377-0770
Fax: 352-380-0013
Email: tsilverman@gru.net
*TERMINATED: 04/29/2003*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:2252A.F Activities re material constituting/containing child porno.
(1)

**Disposition**

Probation: 5 years as to count 1; Special monetary assessment: $100.00; The defendant is ordered released from custody immediately. The O/R bond previously imposed and revoked is exonerated.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2252A.F Activities re material constituting/containing child porno.
(2)

**Disposition**

Count two dismissed on government motion

**Highest Offense Level (Terminated)**

Felony



| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA        represented by **GREGORY PATRICK MCMAHON**
US ATTORNEY - GAINESVILLE FL
NORTHERN DISTRICT OF
FLORIDA
300 E UNIVERSITY AVE
STE 310
GAINESVILLE, FL 32601
352/378-0996
Fax: 352/338-7981
Email: gregory.mcmahon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2002 | | **Added parties US PROBATION, US MARSHAL, AND FINANCE as notice only parties (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | | **Added Government Attorney GREGORY PATRICK MCMAHON as to 102CR34-01 (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | 1 | INDICTMENT as to 102CR34-01 (1) count(s) 1-2 (Copies sent to AUSA, USPO, and USM) (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | 2 | MOTION by defendant 102CR34-01 as to defendant 102CR34-01 to Seal re: [1-1] indictment (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | 2 | ORDER by Judge Maurice M. Paul as to defendant 102CR34-01 granting [2-1] motion to Seal re: [1-1] indictment as to 102CR34-01 (1) - Copies sent as noted on document. (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | 3 | ORDER for issuance of arrest warrant by Judge Maurice M. Paul as to 102CR34-01 - warrant issued. (atm,Gainesville) (Entered: 09/25/2002) |
| 09/24/2002 | 4 | INFORMATION SHEET as to defendant 102CR34-01 in Location Status of LF (atm,Gainesville) (Entered: 09/25/2002) |
| 09/26/2002 | 5 | ORDER by Magistrate Judge William Wagner as to defendant Bond Status: $10,000 O/R for 102CR34-01. Copies sent as noted on document. (bkp,Gainesville) (Entered: 09/26/2002) |

| | | |
|---|---|---|
| 09/26/2002 | 6 | $10,000 O/R bond entered as to defendant 102CR34-01 in Amount $ 10,000 Copies sent to AUSA, USPO, USM, defense counsel and defendant. (bkp,Gainesville) (Entered: 09/26/2002) |
| 09/26/2002 | 7 | arrest WARRANT Returned Executed as to defendant 102CR34-01 on 9/26/02 (atm,Gainesville) (Entered: 09/30/2002) |
| 09/26/2002 | | MOTION in open court by USA as to 102CR34-01 to unseal indictment (atm,Gainesville) (Entered: 09/30/2002) |
| 09/26/2002 | | ORAL order by Magistrate Judge William Wagner as to defendant 102CR34-01 granting [0-0] oral motion to unseal indictment as to 102CR34-01 (1) (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | 8 | INITIAL APPEARANCE Minutes as to defendant 102CR34-01 Court Reporter: CD 9/26/02 (Defendant informed of rights.) (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | 9 | CJA 23 Financial Affidavit by defendant 102CR34-01 (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | | **Added for 102CR34-01 Attorney TERRY NATHAN SILVERMAN for initial appearance only (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | | **Terminated attorney TERRY NATHAN SILVERMAN for 102CR34-01 (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | 10 | ORDER by Magistrate Judge William Wagner as to defendant 102CR34-01 Appointing Terry Silverman as CJA Counsel for initial appearance only Copies sent as noted on document. (atm,Gainesville) (Entered: 09/30/2002) |
| 09/27/2002 | 11 | ORDER by Magistrate Judge William Wagner as to defendant 102CR34-01 setting Jury Trial date for 9:00 11/18/02 for 102CR34-01 - Copies sent as noted on document. (atm,Gainesville) (Entered: 09/30/2002) |
| 10/02/2002 | 12 | NOTICE of Appearance for SHAWN EDWARD SIEFER by Attorney Terry N. Silverman (llt,Gainesville) (Entered: 10/03/2002) |
| 10/03/2002 | 13 | MOTION by defendant SHAWN EDWARD SIEFER for Appointment of Mental Health Counselor (llt,Gainesville) (Entered: 10/04/2002) |
| 10/04/2002 | | MOTION submission without file to Judge Maurice M. Paul Re: [13-1] motion for Appointment of Mental Health Counselor by SHAWN EDWARD SIEFER (llt,Gainesville) (Entered: 10/04/2002) |
| 10/08/2002 | 14 | ORDER by Judge Maurice M. Paul granting [13-1] motion for Appointment of Mental Health Counselor, not to exceed $1,000.00 as to SHAWN EDWARD SIEFER (1) Copies sent as noted on document. (llt,Gainesville) Modified on 10/11/2002 (Entered: 10/08/2002) |

| | | |
|---|---|---|
| 10/29/2002 | 15 | UNOPPOSED MOTION by defendant SHAWN EDWARD SIEFER as to defendant SHAWN EDWARD SIEFER to Modify Conditions of Pretrial Release (atm,Gainesville) (Entered: 10/30/2002) |
| 10/30/2002 | | MOTION submission with file to Judge Maurice M. Paul Re: [15-1] motion to Modify Conditions of Pretrial Release by SHAWN EDWARD SIEFER (atm,Gainesville) (Entered: 10/30/2002) |
| 11/06/2002 | 16 | MOTION by defendant SHAWN EDWARD SIEFER as to defendant SHAWN EDWARD SIEFER to Continue trial set for 11/18/02 for 60 days (atm,Gainesville) (Entered: 11/07/2002) |
| 11/07/2002 | | MOTION submission without file to Judge Maurice M. Paul Re: [16-1] motion to Continue trial set for 11/18/02 for 60 days by SHAWN EDWARD SIEFER (atm,Gainesville) (Entered: 11/07/2002) |
| 11/08/2002 | 17 | ORDER by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER granting [16-1] motion to Continue trial set for 11/18/02 for 60 days as to SHAWN EDWARD SIEFER (1); Trial to be reset by separate notice - Copies sent as noted on document. (atm,Gainesville) (Entered: 11/08/2002) |
| 11/13/2002 | 18 | ORDER by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER granting [15-1] motion to Modify Conditions of Pretrial Release as to SHAWN EDWARD SIEFER (1) with additional condition (see order for specifics). All remaining conditions of pretrial release previously imposed remain in effect Copies sent as noted on document. (atm,Gainesville) (Entered: 11/14/2002) |
| 11/18/2002 | 19 | NOTICE of Hearing as to SHAWN EDWARD SIEFER, setting date for jury trial for 12:30 1/6/03 for SHAWN EDWARD SIEFER Copies sent as noted on document. (bkp,Gainesville) (Entered: 11/18/2002) |
| 12/04/2002 | 20 | NOTICE of Hearing as to SHAWN EDWARD SIEFER, setting arraignment date for 4:00 12/12/02 for SHAWN EDWARD SIEFER Copies sent as noted on document. (bkp,Gainesville) (Entered: 12/04/2002) |
| 12/12/2002 | 21 | Plea Agreement Hearing as to defendant SHAWN EDWARD SIEFER Court Reporter: Christine Bordenave (atm,Gainesville) (Entered: 12/13/2002) |
| 12/12/2002 | 22 | Plea Agreement with factual basis for plea as to defendant SHAWN EDWARD SIEFER (Copies to: AUSA, USPO, Terry Silverman) (atm,Gainesville) (Entered: 12/13/2002) |
| 12/12/2002 | 23 | NOTICE of Hearing as to SHAWN EDWARD SIEFER, setting sentencing date for 9:00 3/21/03 for SHAWN EDWARD SIEFER Copies sent as noted on document. (atm,Gainesville) (Entered: 12/13/2002) |
| 12/12/2002 | | PLEA of Guilty: SHAWN EDWARD SIEFER (1) count(s) 1 ; Court accepts plea. Sentencing set for 3/21/03 at 9:00 a.m. Court Reporter: |

| | | Christine Bordenave (atm,Gainesville) (Entered: 12/16/2002) |
|---|---|---|
| 12/18/2002 | | CJA 21 as to SHAWN EDWARD SIEFER Authorization to Pay Community Behavorial Services $ 650.00 for Expert Services Voucher # 021217000004 by Judge Maurice M. Paul (mbs,Tallahassee) (Entered: 12/18/2002) |
| 02/14/2003 | 24 | LETTER USPO PSR Re: PSR Report as to SHAWN EDWARD SIEFER (atm,Gainesville) (Entered: 02/18/2003) |
| 02/21/2003 | 25 | MOTION by defendant SHAWN EDWARD SIEFER as to defendant SHAWN EDWARD SIEFER to modify conditions of pretrial release (bkp,Gainesville) (Entered: 02/21/2003) |
| 02/24/2003 | | MOTION submission without to Judge Maurice M. Paul Re: [25-1] motion to modify conditions of pretrial release by SHAWN EDWARD SIEFER (bkp,Gainesville) (Entered: 02/24/2003) |
| 02/27/2003 | 26 | Unopposed MOTION by defendant SHAWN EDWARD SIEFER to Continue 3/21/03 Sentencing to the week of 4/21/03 (llt,Gainesville) Modified on 02/28/2003 (Entered: 02/28/2003) |
| 03/06/2003 | 27 | ORDER by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER granting [26-1] motion to Continue 3/21/03 Sentencing to the week of 4/21/03 as to SHAWN EDWARD SIEFER (1) resetting sentencing date for 9:00 4/25/03 for SHAWN EDWARD SIEFER Copies sent as noted on document. (atm,Gainesville) (Entered: 03/06/2003) |
| 03/12/2003 | 28 | PETITION AND ORDER by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER for Violation of Pretrial Release , and for issuance of arrest warrant Reason: violation of pretrial release - warrant issued; Copies sent as noted on document. (atm,Gainesville) (Entered: 03/12/2003) |
| 03/14/2003 | 29 | ARREST WARRANT Returned Executed as to defendant SHAWN EDWARD SIEFER on 3/12/03 (bkp,Gainesville) (Entered: 03/15/2003) |
| 03/17/2003 | 30 | ORDER by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER denying as moot [25-1] motion to modify conditions of pretrial release as to SHAWN EDWARD SIEFER (1) - Copies sent as noted on document. (atm,Gainesville) (Entered: 03/17/2003) |
| 03/17/2003 | 31 | NOTICE of Hearing resetting sentencing date for 1:30 4/22/03 for SHAWN EDWARD SIEFER Copies sent as noted on document. (bkp,Gainesville) (Entered: 03/17/2003) |
| 03/24/2003 | 32 | RULE 40 Documents as to SHAWN EDWARD SIEFER received from USDC MASSACHUSETTS, Worcester, MA (atm,Gainesville) (Entered: 03/26/2003) |
| 03/24/2003 | | **Location LC as to SHAWN EDWARD SIEFER (atm,Gainesville) (Entered: 03/26/2003) |

| | | |
|---|---|---|
| 04/01/2003 | 33 | MOTION for 5K1.1 by plaintiff USA as to defendant SHAWN EDWARD SIEFER ( Referred to: Judge Paul) (atm,Gainesville) (Entered: 04/01/2003) |
| 04/03/2003 | | File Returned to Court: to Judge Maurice M. Paul Re: [33-1] motion by USA (deb,Gainesville) (Entered: 04/03/2003) |
| 04/11/2003 | 34 | FIRST APPEARANCE and VIOLATION of Supervised Release hearing held as to defendant SHAWN EDWARD SIEFER before Judge Maurice M. Defendant admitted violations 1, 2 Results: O/R bond revoked pending sentencing. Court Reporter: Christine Bordenave (bkp,Gainesville) (Entered: 04/11/2003) |
| 04/11/2003 | | ORAL ORDER (revocation hearing) by Judge Maurice M. Paul as to defendant SHAWN EDWARD SIEFER re: Copies sent as noted on document. (bkp,Gainesville) (Entered: 04/11/2003) |
| 04/17/2003 | 35 | SENTENCING MEMORANDUM by SHAWN EDWARD SIEFER as to defendant SHAWN EDWARD SIEFER (atm,Gainesville) (Entered: 04/18/2003) |
| 04/18/2003 | 36 | LETTER from attorney Terry Silverman for defendant SHAWN EDWARD SIEFER indicating he was privately retained (atm,Gainesville) (Entered: 04/18/2003) |
| 04/22/2003 | | DISMISSAL of Count(s) on Court or Defendant Motion as to SHAWN EDWARD SIEFER SHAWN EDWARD SIEFER (1) count(s) 2. Count two dismissed on government motion , SHAWN EDWARD SIEFER (1) count(s) 2. Count two dismissed on government motion Counts Dismissed: SHAWN EDWARD SIEFER (1) count(s) 2 (bkp,Gainesville) (Entered: 04/22/2003) |
| 04/22/2003 | 37 | SENTENCING Minutes as to defendant SHAWN EDWARD SIEFER Court Reporter: Christine Bordenave SHAWN EDWARD SIEFER (1) count(s) 1; Probation: 5 years SMA $100.00; O/R bond previously imposed was revoked and is considered exonerated (bkp,Gainesville) Modified on 04/23/2003 (Entered: 04/22/2003) |
| 04/22/2003 | 38 | JUDGMENT by Judge Maurice M. Paul SHAWN EDWARD SIEFER (1) count(s) 1. Probation: 5 years as to count 1; Special monetary assessment: $100.00; The defendant is ordered released from custody immediately. The O/R bond previously imposed and revoked is exonerated - Copies sent as noted on document. (Original Statement of Reasons on file with US Probation with a copy mailed to the AUSA and Defense Attorney) (atm,Gainesville) (Entered: 04/22/2003) |
| 04/22/2003 | 39 | FEE: special monetary assessment fee paid by defendant SHAWN EDWARD SIEFER Receipt #: 100 100669 $ 100.00 (atm,Gainesville) (Entered: 04/22/2003) |
| 04/29/2003 | | **Termination of party SHAWN EDWARD SIEFER pending deadlines and pending motions as to SHAWN EDWARD SIEFER (atm,Gainesville) |

| | | (Entered: 04/29/2003) |
|---|---|---|
| 04/29/2003 | | **Case closed as to SHAWN EDWARD SIEFER (all defendants). (atm,Gainesville) (Entered: 04/29/2003) |
| 04/29/2003 | | setting deadline to archive record for 7/31/04 (atm,Gainesville) (Entered: 04/29/2003) |
| 08/04/2004 | | Terminate Deadlines as to SHAWN EDWARD SIEFER : Archive deadline (knr, Gainesville) (Entered: 08/04/2004) |
| 12/01/2005 | 40 | First MOTION for Early Termination of Probation by SHAWN EDWARD SIEFER. (SILVERMAN, TERRY) (Entered: 12/01/2005) |
| 12/01/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 40 First MOTION for Early Termination of Probation filed by SHAWN EDWARD SIEFER, (bkp, Gainesville) (Entered: 12/03/2005) |
| 12/02/2005 | 41 | MEMORANDUM in Support by SHAWN EDWARD SIEFER re 40 First MOTION for Early Termination of Probation (bkp, Gainesville) (Entered: 12/05/2005) |
| 12/05/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 41 MEMORANDUM in Support by SHAWN EDWARD SIEFER re 40 First MOTION for Early Termination of Probation (bkp, Gainesville) filed by SHAWN EDWARD SIEFER, (bkp, Gainesville) (Entered: 12/05/2005) |
| 01/12/2006 | 42 | ORDER TRANSFERRING JURISDICTION, nunc pro tunc 7/13/05 as to SHAWN EDWARD SIEFER . Signed by Judge MAURICE M PAUL on 6/7/05 and Judge Young on 7/13/05. Copy of order signed by Judge Young not received or docketing until 1/12/06. (bkp, Gainesville) (Entered: 01/12/2006) |