IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,   CASE NO: 1:02-CR-34-MMP

    Plaintiff,

vs.

SHAUN EDWARD SEIFER,

    Defendant.
_____/

## NOTICE OF FILING

Defendant, by and through his undersigned attorney, has delivered to the Clerk, for filing in the records of the above entitled cause, Exhibits previously referenced in the Defendant's Motion for Early Termination of Probation dated December 1, 2005.

    I HEREBY CERTIFY that a true copy of the foregoing instrument has been furnished to Gregory P. McMahon, Assistant United States Attorney, 300 East University Avenue, 3rd Floor, Gainesville, Florida 32601, by US Mail on this 1st of December, 2005.

                              LAW OFFICES OF TERRY N. SILVERMAN, PA

                              */s/ Terry N. Silverman*
                              **TERRY N. SILVERMAN, ESQUIRE**
                              Florida Bar ID No: 184241
                              500 East University Avenue, Suite D
                              Gainesville, FL 32601
                              (352) 377-0770 and 380-0013 Fax
                              Counsel for Defendant

DEC -2

FILED

10-04-2005 22:38   FROM-LIFELINE SYSTEMS   +1-508   T-599  P.002/006  F-749



NETWORK COUNSELING

385 Court Street, Suite 307 • Plymouth, MA 02360
129 Concord Street, Suite 14 • Framingham, MA 01702
(508) 353-8692 • Fax (508) 209-0371 • Baker8692@aol.com

# TREATMENT STATUS REPORT
## August 31, 2005

*Debra Baker* (signature)

| Client Name: | Shaun Seifer | Therapist: | Debra Baker M.A., LMHC |
|---|---|---|---|
| DOB: | 12/28/77 | Date Entered Program: | 05/06/03 |

**Time Period Covered: August 2005**

| Measure: | Scale: | Comments: |
|---|---|---|
| 1. Attended group weekly (did not exceed 2 excused absences per year). Is current in payments. | 1 | Attended the required monthly Maintenance Group on 08/02/05. Fees paid by U.S. Probation. |
| 2. Is an active participant who is open and direct, providing constructive feedback to others. | 1 | |
| 3. Discloses relevant personal information. | 1 | |
| 4. Identifies and appropriately confronts distorted thinking in self and others. | 1 | |
| 5. Admits to commission of convicted offense(s). | 1 | |
| 6. Self report of offending corresponds with the Official Version. | 1 | |
| 7. Demonstrates an understanding of motivators (life-long problems) that preceded the offense(s). | 1 | |
| 8. Demonstrates understanding of disinhibitors (problems at the time of offending). | 1 | |
| 9. Can fully describe his deviant cycle from a relapse prevention perspective. | 1 | |
| 10. Has the knowledge to use behavioral techniques to control deviant arousal when necessary. | 1 | |
| 11. Has completed the workbook **Cybersex Unhooked** by Delmonico, Griffin and Moriarity. | 1 | |
| 12. Understands the short/long-term effects of his offense(s) on the victims of child pornography. | 1 | |
| 13. Has established an approved support system that has met with the therapist. | 1 | |
| 14. Has completed a Relapse Prevention Plan approved by the therapist. | 1 | |
| 15. Has presented Relapse Prevention Plan to one support person in the presence of the therapist. | 1 | |
| 16. Demonstrates use of Relapse Prevention plan by integrating treatment concepts into daily living. | 1 | |
| 17. No Deception Indicated (NDI) on Historical Polygraph & NDI on Maintenance Poly in last 6 mo. | 1 | Historical Poly 10/28/03 - No Deception Indicated<br>Maintenance Poly 3/17/05 - No Deception Indicated |
| 18. Passed a final exam demonstrating the knowledge gained through 18 mo. weekly therapy. | 1 | |

1 = YES    2 = SOMEWHAT    3 = NO    4 = NOT APPLICABLE

**Treatment Plan:**
1. Attend and actively participate in Monthly Maintenance Group.
2. Review R.P. Plan one time per month, follow the plan, update as needed and report any lapses to group.
3. Maintenance Polygraph due in September 2005.

CC: Mr. Seifer/U.S. Probation Officers King and Hoskins/file

EXHIBIT "A"

Case 4:05-cr-40032-FDS   Document 4   Filed 01/17/2006   Page 3 of 10
Case 1:02-cr-00034-MP   Document 41   Filed 12/02/2005   Page 3 of 10
10-06-2005 02:47   FROM-LIFELINE SYSTEMS   +1-508   T-616   P.001/001   F-767

 **MASSACHUSETTS GENERAL HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

MGH Bipolar Clinic and Research Program
50 Stanford Street, #580
Boston, MA 02114
Tel: 617-726-5270
Fax: 617-726-6768
Email: dborrelli@partners.org

David J. Borrelli, M.D.
Instructor in Psychiatry

October 4, 2005

Mr. Shaun Seifer
37 Wabash Avenue
Worcester, MA 01604

RE: SEIFER, SHAUN
Unit #: 100305
DOB: 12/28/1977

To Whom it May Concern:

I have had the oportunity to know and to work with Mr. Shaun Seifer, and his family, for the past 14 years, as his treating psychiatrist. He has been treated an anxiety disorder, specifically panic disorder without agarophobia. The focus of the treatment has been symptom reduction, as well as addressing phobic-avoidant behavior, and associated interpersonal difficulties.

Mr. Seifer has been adherent with medications recommendations, as well as follow through with appointments to monitor his medication and course.

His medications include the following:

- Fluoxetine 80 mg per day.
- Clonazepam 4 mg per day.

I have maintained contact with Mr. Seifer through these difficult years that have included his spending time in federal prison and an extended probation. He has suffered very significant personal distress, shame, and remorse during this time and has done his best to pursue work, maintain relationships with his family, friends, and his community. He has been adherent to the conditions of his probation.

Mr. Seifer has "served his time" in the best manner that one could be expected to do. He represents virtually no theat of further legal transgressions, and is prepared to continue as a solid family member, friend and neighbor. I strongly recommend that his probation be terminated in the next month when it is up for review.

Should you have further questions or concerns regarding Mr. Seifer, please do not hesitate to call my office.

Sincerely,

David J. Borrelli, MD

EXHIBIT "B"





# UNITED STATES DISTRICT COURT

**Chambers of**
**Stephan P. Mickle**
**U.S. District Judge**

Northern District of Florida
United States Courthouse
401 S. E. 1" Avenue
Gainesville, FL 32601-6805

Telephone
(352) 380-2742

December 1, 2005

Albert Jefferson
DOC #076635
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914


COPY

RE: **Jefferson v. Williams**, 4:03-CV-349-SPM

Dear Mr. Jefferson:

    I am in receipt of your letter dated October 16, 2005, in which you express concern about the manner in which withdrawals are being made from your inmate account and request a record of payments made for your various cases.

    The 20% you mention in your letter applies to <u>each</u> active case you have. Thus, three active cases would require three withdrawals of 20%, one to be applied to each case.

    Enclosed is a record of your payment history for case numbers 4:03-cv-349, 5:03-cv-268, and 5:03-cv-269. Questions about these printouts should be directed to the financial office at your institution.

    A copy of this letter is being placed in your court file.

Sincerely,

*Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

SPM/pao

cc:    Case # 4:03-CV-349-SPM

FEDERAL COURT SYSTEM
NORTHERN DISTRICT OF FLORIDA

PAYMENT HISTORY FOR PLRA ACCOUNTS
PAYOR: 4:03CV349

Report Date: 11/30/05
Report Time: 08:58
Page No.: 1

PAYOR NO.   PAYOR NAME
4:03CV349   ALBERT JEFFERSON #076635

| NO. | DATE | INVOICE TYPE | FUND | TOTAL OWED | RECEIPT DATE | NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/10/03 | PL | 5100PL | 90.00 | 12/10/03 | 401011B6201 | 5.50 | 84.50 |
| 2 | 12/10/03 | PL | 0869PL | 60.00 | | | 0.00 | 60.00 |

>> Payor Total <<                                               150.00                                    5.50      144.50

>> FUND TOTALS <<
                                                5100PL            90.00                                    5.50       84.50
                                                0869PL            60.00                                    0.00       60.00
                                                                 ------                                   -----      ------
                                                                 150.00                                    5.50      144.50

>> REPORT TOTALS <<                                              150.00                                    5.50      144.50

```
FEDERAL COURT SYSTEM                    PAYMENT HISTORY FOR PLRA ACCOUNTS              Report Date:  11/30/05
NORTHERN DISTRICT OF FLORIDA                    PAYOR: 5:03CV268                       Report Time:  09:03
                                                                                       Page No.:     1

PAYOR NO.   PAYOR NAME
=========   ==========
5:03CV268   ALBERT JEFFERSON 076635

                ************ INVOICE *************    ************* RECEIPT *************
NO.  DATE      TYPE FUND    TOTAL OWED   DATE       NUMBER         AMOUNT       BALANCE
===  ========  ==== ====    ==========   ========   ===========    ==========   ==========
 1   10/24/03  PL   5100PL       90.00   11/24/03   4010101175001        6.91         0.00
                                         02/05/04   8040121630S        10.00          0.00
                                         03/10/04   8040012401002       18.00         0.00
                                         03/24/04   8041039304          33.00         0.00
                                         05/14/04   8041038760          12.00         0.00
                                         06/01/04   80410470             3.49         0.00
                                         06/10/04   8041042040           6.60         0.00
                                                                    ----------   ----------
>> Invoice Total <<                                                     90.00         0.00

 2   10/24/03  PL   0869PL       60.00   06/10/04   8041042040           0.51        20.89
                                         06/16/04   80410428703         14.00        20.89
                                         07/07/04   8041043750           1.60        20.89
                                         07/19/04   8041046040           2.00        20.89
                                         08/10/04   8041047200           7.00        20.89
                                         08/11/04   8041048250          10.00        20.89
                                         08/24/04   8041049440           4.00        20.89
                                                                    ----------   ----------
>> Invoice Total <<                                                     39.11        20.89

                                                                    ----------   ----------
>> Payor Total <<                                                      129.11        20.89

>> FUND TOTALS <<
5100PL                                                                  90.00         0.00
0869PL                                                                  39.11        20.89
                                                                    ----------   ----------
                                                                       129.11        20.89

>> REPORT TOTALS <<                                                    150.00
                                                                    ----------
                                                                       150.00
```

```
FEDERAL COURT SYSTEM                                                                    Report Date: 11/30/05
NORTHERN DISTRICT OF FLORIDA                                                            Report Time: 09:03
                                    PAYMENT HISTORY FOR PLRA ACCOUNTS                   Page No.:    1
                                    PAYOR: 5:03CV269

PAYOR NO.  PAYOR NAME
=========  ==========
5:03CV269  ALBERT JEFFERSON

          *************** INVOICE ***************    ************* RECEIPT *************
  NO.  DATE     TYPE FUND   TOTAL OWED    DATE       NUMBER         AMOUNT      BALANCE
  ===  ====     ==== ====   ==========    ====       ======         ======      =======
   1  10/31/03  PL   5100PL      90.00   11/24/03    3001097630l      5.50         0.00
                                         09/13/04    8041050840l     28.00         0.00
                                         10/13/04    8041050840l     32.00         0.00
                                         11/01/04    8041056000l     24.50         0.00
                                                                  --------
        >> Invoice Total <<                                         90.00          0.00

   2  10/31/03  PL   0869PL      60.00   11/01/04    8041056000l      7.10         0.00
                                         01/19/05    8041062690l      8.00         0.00
                                         02/09/05    8041065040l      4.00         0.00
                                         03/09/05    8041068270l      8.00         0.00
                                         04/15/05    8041072020l     32.90         0.00
                                                                  --------
        >> Invoice Total <<                                         60.00          0.00

   3  03/29/04  PL   0869PL     255.00   04/15/05    8041072020l     49.10       123.50
                                         06/09/05    8041076940l     18.00       123.50
                                         06/29/05    8041078510l     14.00       123.50
                                         06/29/05    8041078640l     14.00       123.50
                                         08/03/05    8041081570l     17.60       123.50
                                         08/03/05    8041081590l     17.60       123.50
                                         09/12/05    8041084060l      0.60       123.50
                                         09/14/05    8041084930l      0.60       123.50
                                                                  --------
        >> Invoice Total <<                                        131.50       123.50

        >> Payor Total <<                                          281.50       123.50

        >> Fund Totals <<   5100PL                                  90.00         0.00
                            0869PL                                 191.50       123.50
                                                                  --------     -------
                                                                   281.50       123.50

        >> Report Totals <<                                        405.00
                            5100PL                                  90.00         0.00
                            0869PL                                 315.00       123.50
                                                                  --------     -------
                            405.00                                              123.50
```

Case 4:05-cr-40032-FDS   Document 4   Filed 01/17/2006   Page 9 of 10
Case 1:02-cr-00034-MP   Document 41   Filed 12/02/2005   Page 9 of 10
Case 4:03-cv-00349-SPM-AK   Document 38   Filed 10/18/2005   Page 1 of 8

ON  10-10-05

FOR MAILING  AJ

10-16-05

CASE 4:03 CV 349-SPM/AK

Hon. Clerk McCool,

Upon my Arrival here the federal liens I have against me the references numbers has changed Also the balances are Alot different plus the financial department here has started taking 100 % out of my Account when a deposit is made they told me that their legal advisers said they can do it. The Amount has Always been 20 % of All deposits into my account now this institution has taken 100 % of my deposit. I feel that this is wrong plus I think they have committed fraud. My balance has changed Alot from where it was, it don't Add up. Could you please send me the Amount owed and Any pending liens in the court. If Any more cases closed or open

Thank you

Albert Jefferson

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 OCT 18 PM 1: 47

FILED

| PLEASE REPLY TO:<br>401 S.E. 1ST AVENUE, SUITE 228<br>GAINESVILLE, FL 32601-6892<br>(352)380-2425<br>Fax (352)380-2433 | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>PROBATION OFFICE** | W. STEPHEN TOWNLEY<br>CHIEF U.S. PROBATION OFFICER<br>119 N. PALAFOX STREET<br>PENSACOLA, FL 32502<br>(850)470-8200 |
|---|---|---|

December 1, 2005

Mr. Thomas E. Miller
101 SE 2nd Place, Suite 112
Gainesville, FL 32601

                               RE:    Ezzard Edwards
                                        DKT # 1:05CR30-001 (SPM)
                                        PRESENTENCE REPORT

Dear Mr. Miller:

      This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on January 9, 2006. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Gainesville, and opposing counsel, by December 15, 2005.**

      The Presentence Report is herein transmitted to the U.S. Attorney's Office.

      Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

                                          Sincerely yours,

                                          /s *Beverly Stiefvater*

                                          Beverly Stiefvater
                                          U.S. Probation Officer

BS:sb

Attachment: Presentence Report

cc:       Mr. Frank Williams (w/attachment)
           Assistant U.S. Attorney
           300 E. Univ. Avenue, Suite 310
           Gainesville, FL 32601

           Mr. William McCool
           U.S. District Court
           401 SE First Avenue, Suite 243
           Gainesville, Florida 32601

